# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| ADAM MATTISON, | ) | |
| Plaintiff, | ) | |
| v. | ) | CV618-104 |
| EAST COAST LUBE, INC., and LAWRENCE CAMPBELL, | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff's Complaint indicates his intent to pursue this Fair Labor Standards Act case in the Court's Savannah Division. Doc. 1 at 1. Plaintiff resides in Screven County, Georgia, which is in the Court's Statesboro Division. *See id.* at 2; 18 U.S.C. § 90(c)(6). Apparently based on that connection, the Clerk assigned this case to the Statesboro Division. The Court's Local Rules require actions to proceed in the division where any *defendant* resides or where the acts or omissions giving rise to the claim occurred. *See* S.D. Ga. L. Civ. R. 2.1. Defendants admit that this Court has jurisdiction and that venue is proper. *See* doc. 10 at 2. They also indicate their belief that this case is proceeding in the Savannah Division. *See id.* at 1. Given the parties' apparent agreement that Savannah is the

proper venue and only an irrelevant connection to the Statesboro Division, the Clerk is **DIRECTED** to transfer this case to the Savannah Division.

**SO ORDERED**, this 3rd day of December, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA